UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-23697-CIV-LENARD/WHITE

**JULIO PINTADO**,

    Plaintiff,

v.

**Ms. DORA, et al.**,

    Defendants.

_____/

## ORDER ADOPTING REPORT & RECOMMENDATION OF MAGISTRATE JUDGE (D.E. 50)

**THIS CAUSE** is before the Court on the Report and Recommendation of the Magistrate Judge ("Report," D.E. 50), issued on January 28, 2011, recommending that: (1) Defendants Sonya and Dora be dismissed for failure to serve pursuant to Rule 4(m) of the Federal Rules of Civil Procedure; (2) Plaintiff's claim of retaliatory transfer be dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii); (3) Defendants Diaz and Camargo's Motion for Summary Judgment (D.E. 35) be granted; (4) Defendants Jarrett and Balmir's Motion for Summary Judgment (D.E. 36) be granted; and (5) this case be closed.  Therein, the Parties were provided fourteen (14) days to file objections to the Report.  To date, Plaintiff has not filed any objections to the Report.  Failure to timely file objections shall bar parties from attacking on appeal the factual findings contained in the report. See <u>Resolution Trust Corp. v. Hallmark Builders, Inc.</u>, 996 F.2d 1144, 1149 (11th Cir. 1993).  Therefore, after an

independent review of the Report and record, it is hereby **ORDERED AND ADJUDGED** that:

1. The Report of the Magistrate Judge (D.E. 50), issued on January 28, 2011, is **ADOPTED**;

2. Defendants Sonya and Dora are **DISMISSED** for failure to serve pursuant to Rule 4(m) of the Federal Rules of Civil Procedure;

3. Plaintiff's claim of retaliatory transfer is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii);

4. Defendants Diaz and Camargo's Motion for Summary Judgment (D.E. 35), filed on August 10, 2010, is **GRANTED**;

5. Defendants Jarrett and Balmir's Motion for Summary Judgment (D.E. 36), filed on August 10, 2010, is **GRANTED**;

6. This case is now **CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida this 1st day of March, 2011.

*[signature]*
**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**